1  JEROME R. BOWEN, ESQ.
   Nevada Bar No. 4540
2  SARAH M. BANDA, ESQ.
   Nevada Bar No. 11909
3  **BOWEN LAW OFFICES**
   9960 W. Cheyenne Avenue, Suite 250
4  Las Vegas, Nevada 89129
   Office: (702) 240-5191
5  Facsimile: (702) 240-5797
   twilcox@lvlawfirm.com
6  *Attorneys for Defendant Richland Holdings, Inc.*

7

                        UNITED STATES DISTRICT COURT
8
                            DISTRICT OF NEVADA
9

10 | CAROL F. MAINOR,                    Case No. 2:15-cv-02133-APG-CWH
                     Plaintiff,
11
   | vs.
12
   | RICHLAND HOLDINGS, INC., OCWEN
13 | LOAN SERVICING, LLC; and EQUIFAX
   | INFORMATION SERVICES, LLC,
14
15
                     Defendants.
16

17          **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

18          IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, CAROL F.

19  MAINOR, by and through her counsel of record, HAINES & KRIEGER, LLC, and Defendant,

20  RICHLAND HOLDINGS, INC., by and through its counsel of record, BOWEN LAW OFFICES,

21  that the above-stated matter be dismissed with prejudice.

22  ///

23  ///

24  ///

25  ///

26

27

**BOWEN LAW OFFICES**
Conquistador Plaza
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191  FAX: 702-240-5797

1   Each party is to bear their/its own fees and costs.

2   DATED this 12th day of February, 2016.

3   **BOWEN LAW OFFICES**                                **HAINES & KRIEGER**

4   /s/ *Sarah M. Banda, Esq*.
    JEROME R. BOWEN, ESQ.                                /s/ *David H. Krieger, Esq.*
5   Nevada Bar No. 004540                                DAVID H. KRIEGER, ESQ.
    SARAH M. BANDA, ESQ.                                 Nevada Bar No. 9086
6   Nevada Bar No. 11909                                 8985 S. Eastern Avenue, Suite 350
    9960 W. Cheyenne Avenue, Suite 250                   Henderson, NV 89123
7   Las Vegas, NV 89129                                  Counsel for Plaintiff
    Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED that the above-stated matter be dismissed with prejudice as to Defendant RICHLAND HOLDINGS, INC.  Each party is to bear their/its own fees and costs.

DATED and DONE this 16th day of February, 2016.

_____
U.S. DISTRICT COURT JUDGE

Respectfully Submitted:

**BOWEN LAW OFFICES**

/s/ Sarah M. Banda, Esq.
JEROME R. BOWEN, ESQ.
Nevada Bar No. 004540
SARAH M. BANDA, ESQ.
Nevada Bar No. 11909
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, NV 89129
ATTORNEY FOR DEFENDANT

BOWEN LAW OFFICES
Conquistador Plaza
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191  FAX: 702-240-5797