David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

|  |  |
|---|---|
| Carol F. Mainor,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RICHLAND HOLDINGS, INC.,<br>OCWEN LOAN SERVICING, LLC<br>AND EQUIFAX INFORMATIONAL<br>SERVICES, LLC,<br><br>　　　　　Defendants. | Case No. 2:15-cv-02133-APG-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC ONLY** |

　　Plaintiff Carol F. Mainor and Equifax Information Services, LLC ("Equifax") hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

Page **1** of **2**

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Equifax**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:			March 9, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/Bradley T. Austin, Esq.
Snell & Wilmer, LLP
*Attorney for Defendant Equifax*

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: __March 10, 2016_____